[No. 63094-6-I.   Division One.   August 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN ELIJAH WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-00936-6, Christopher A. Washington, J., entered February 27, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, C.J., and Lau, J. Now published at 157 Wn. App. 689.

[No. 63142-0-I.   Division One.   August 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. EDO E. ASLANYAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-00244-2, Sharon S. Armstrong, J., entered February 17, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Appelwick and Lau, JJ.

[No. 63239-6-I.   Division One.   August 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. WINDY MICHELLE PLEADWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-1-00402-6, Ira Uhrig, J., entered March 2, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Appelwick and Lau, JJ.

[No. 63323-6-I.   Division One.   August 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES MONROE THORNE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-03300-5, Gerald L. Knight, J., entered April 8, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, C.J., and Lau, J.